9. LANDLORD AND TENANT—*what does not constitute possession of premises under lease.* Possession of premises by a lessee prior to execution and delivery of a lease therefor is not under such lease so far as the lessor's rights under the lease are concerned.

---

Joseph Mazur, trading as Joseph Mazur & Company, Appellee, v. Stanislaw Goderski and Pelagia Goderski, Appellants.

Gen. No. 22,755.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN J. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

## Statement of the Case.

Action by Joseph Mazur, trading as Joseph Mazur & Company, plaintiff, against Stanislaw Goderski and Pelagia Goderski, defendants, to recover commissions as a real estate broker. From a judgment for plaintiff for three hundred dollars, defendants appeal.

C. C. H. ZILLMAN, for appellants.

BEACH & BEACH, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

BROKERS, § 88*—*when evidence is sufficient to show employment as broker.* Evidence *held* sufficient to sustain the finding that defendants employed plaintiff in the exchange of defendants' real estate, in an action to recover a commission on such exchange.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.